# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TIMOTHY BINFORD,<br><br>        Plaintiff,<br><br>v.<br><br>SHANNON MCCRILLIS, JOHN R. OLIPHANT, HAROLD J. WHAPELES and DAVID KENNEDY,<br><br>        Defendants. | NO: 2:15-CV-127-RMP<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION, DISMISSING COMPLAINT WITHOUT PREJUDICE AND DIRECTING THAT COLLECTION OF FILING FEE CEASE |

Magistrate Judge Hutton filed a Report and Recommendation, ECF No. 20, recommending that Mr. Binford's Motion to Voluntarily Dismiss this action be granted. Defendants have not been served. There being no objections, the Court **ADOPTS** the Report and Recommendation. Plaintiff's Motion, **ECF No. 17**, is **GRANTED** and this action is **DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** Plaintiff's Motion to Waive Filing Fee, **ECF No. 18**, is **GRANTED** and the institution having custody of Mr. Binford shall cease

ORDER ADOPTING REPORT AND RECOMMENDATION, DISMISSING COMPLAINT WITHOUT PREJUDICE AND DIRECTING THAT COLLECTION OF FILING FEE CEASE -- 1

collection of the filing fee in this action, formerly cause number **2:15-cv-00127-JPH, now 2:15-cv-00127-RMP**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, enter judgment of dismissal without prejudice, forward a copy to Plaintiff and close the file. The District Court Executive is further directed to send a copy of this Order to the **Federal Bureau of Prisons, P.O. Box 474701, Des Moines, IA 50947-0001,** to forward to the appropriate agency having custody of Plaintiff. The District Court Executive also shall provide a copy of this Order to the Financial Administrator for the United States District Court, Eastern District of Washington.

**DATED** this 20th day of October 2015.

          *s/ Rosanna Malouf Peterson*
          ROSANNA MALOUF PETERSON
          Chief United States District Court Judge

ORDER ADOPTING REPORT AND RECOMMENDATION, DISMISSING COMPLAINT WITHOUT PREJUDICE AND DIRECTING THAT COLLECTION OF FILING FEE CEASE -- 2